# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### Fort Myers Division

**PAUL GUSTAFSON,**                           CASE NO.: 2:24-cv-00724-JLB-KCD

　*Plaintiff,*

**v.**

**CAPITAL ONE, N.A., et al.,**

　*Defendants,*

_____ /

## JOINT NOTICE OF SETTLEMENT BETWEEN
## PLAINTIFF AND DEFENDANT CAPITAL ONE, N.A.

Pursuant to M.D. Fla. L.R. 3.09(a), Plaintiff, Paul Gustafson, and Defendant Capital One, N.A., hereby respectfully notify the Court that the parties have agreed to a settlement in principle. As part of the settlement each party will bear their respective attorney's fees and costs. The parties anticipate forty-five (45) days to perform necessary terms and file appropriate dismissal papers thereafter.

Dated: January 29, 2025

*Respectfully submitted,*

**SHARMIN & SHARMIN, P.A.**
830 North Federal Highway
Lake Worth, FL 33460
Telephone: 561-655-3925
Fax: 844-921-1022

*/s/ Eiman Sharmin*
Eiman Sharmin, Esq.
FBN: 716391
Email: eiman@sharminlaw.com
*Counsel for Plaintiff*

**LIEBLER, GONZALEZ & PORTUONDO**
44 West Flagler Street-25th Floor
Miami, Florida 33130
Telephone: (305) 379-0400
Facsimile: (305) 379-9626

*/s/ Michael D. Starks*
MICHAEL D. STARKS
Florida Bar No. 86584
Email: MDS2@lgplaw.com

*Counsel for Defendant*
*Capital One, N.A.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 29, 2025, the foregoing was electronically filed with the Clerk of Court using CM/ECF along with having served all counsel of record via transmission of Electronic filing generated by CM/ECF.

*/s/ Eiman Sharmin*
Eiman Sharmin, Esq.
FBN: 716391
Email: eiman@sharminlaw.com
*Counsel for Plaintiff*

2