# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### Fort Myers Division

PAUL GUSTAFSON,                    CASE NO: 2:24-cv-00724-JLB-KCD

    *Plaintiff,*

v.

CAPITAL ONE, N.A., et al.,

    *Defendants,*

_____/

## JOINT STIPULATION OF DISMISSAL
## WITH PREJUDICE AS TO DEFENDANT CAPITAL ONE, N.A.

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff, Paul Gustafson, and Defendant, Capital One, N.A. ("Capital One") have resolved the claims between them. All Parties, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Dismissal with Prejudice. Plaintiff and Capital One shall each bear their own attorneys' fees and costs.

Dated: March 11, 2025

        *Respectfully submitted,*

**SHARMIN & SHARMIN, P.A.**
830 North Federal Highway
Lake Worth, FL 33460
Telephone: 561-655-3925
Fax: 844-921-1022

*/s/ Eiman Sharmin*
Eiman Sharmin, Esq.

**LIEBLER, GONZALEZ & PORTUONDO**
44 West Flagler Street-25th Floor
Miami, Florida 33130
Telephone: (305) 379-0400
Facsimile: (305) 379-9626

*/s/ Michael D. Starks*

FBN: 716391
Email: eiman@sharminlaw.com
*Counsel for Plaintiff*

MICHAEL D. STARKS
Florida Bar No. 86584
Email: MDS2@lgplaw.com

*Counsel for Defendant*
*Capital One, N.A.*

**JONES DAY**
600 Brickell Avenue
Suite 3300
Miami, FL 33131
Telephone: (305) 714-9700

 /s/ *Victoria Ashley Kline*
Victoria Ashley Kline
Florida Bar No. 1049667
Email: vkline@jonesday.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

**SEYFARTH SHAW LLP**
233 S. Wacker Drive
Chicago, IL 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

/s/ *Paige Vacante*
Paige Vacante
Florida Bar No. 1019135
Email: pvacante@seyfarth.com

*Counsel for Defendant*
*Equifax Information Services LLC*

**BUCHANAN INGERSOLL &**
**ROONEY PC**
2 S. Biscayne Blvd., Ste. 1500
Miami, Florida 33131
Telephone: (305) 347 5900
Facsimile: (305) 347 4089

 /s/ *Christian Kohlsaat*
Christian Kohlsaat, Esq.
Fla. Bar No.: 117795
Email: christian.kohlsaat@bipc.com

*Counsel for Defendant*
*Trans Union, LLC*

**HINSHAW & CULBERTSON LLP**
2811 Ponce de Leon Blvd.
Suite 1000, 10th Foor
Coral Gables, FL 33134
Telephone: 305-358-7747

/s/*Barbara Fernandez*
Barbara Fernandez, Esq.
Florida Bar No. 0493767
bfernandez@hinshawlaw.com

*Counsel for Defendant*
*Sallie Mae Bank*

2

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on March 11, 2025, the foregoing was electronically filed with the Clerk of Court using CM/ECF along with having served all counsel of record via transmission of Electronic filing generated by CM/ECF.

*/s/ Eiman Sharmin*
Eiman Sharmin, Esq.
FBN: 716391
Email: eiman@sharminlaw.com

*Counsel for Plaintiff*