UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PAUL GUSTAFSON,

    Plaintiff,

v.

                              Case No. 2:24-cv-724-KCD

SALLIE MAE BANK, TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC,

    Defendants,
_____/

# ORDER

This case was before the Court for oral argument on two discovery motions: Plaintiff's Motion to Compel Defendant Sallie Mae Bank to Produce Documents (Doc. 72), and Plaintiff's Motion to Compel Depositions of Defendant Sallie Mae Bank (Doc. 75). For the reasons stated on the record, the motions are **GRANTED IN PART AND DENIED IN PART** as follows:

1. Plaintiff's Motion to Compel Defendant Sallie Mae Bank to Produce Documents (Doc. 72) is granted in part as to Request to Produce No. 14. Defendant Sallie Mae must either produce the identified employees for deposition or provide their contact information so Plaintiff can issue Rule 45 subpoenas. The motion is otherwise denied.

2

2. Plaintiff's Motion to Compel Depositions of Defendant Sallie Mae Bank (Doc. 75) is denied as moot since the parties have resolved the outstanding issues.

**ORDERED** in Fort Myers, Florida on July 11, 2025.

Kyle C. Dudek
United States Magistrate Judge