# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**PAUL GUSTAFSON,**

    *Plaintiffs*,

**v.**                                      **No. 2:24-CV-00724-JES-KCD**

**CAPITAL ONE, N.A., ET AL.,**

    *Defendants*.

_____/

## JOINT NOTICE OF SETTLEMENT AS TO
## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff, PAUL GUSTAFSON, and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., hereby respectfully notify the Court that the parties have agreed to a settlement in principle.  As part of the settlement each party will bear their respective attorney's fees and costs. The parties anticipate sixty (60) days to perform necessary terms and file appropriate dismissal papers thereafter.

Dated: July 18, 2025

*Respectfully submitted,*

<table>
<tr><td>

**SHARMIN & SHARMIN, P.A.**
830 North Federal Highway
Lake Worth, FL 33460
Telephone: 561-655-3925
Fax: 844-921-1022


*/s/ Eiman Sharmin*
Eiman Sharmin, Esq.
FBN: 716391
Email: eiman@sharminlaw.com

</td><td>

**JONES DAY**
1221 Peachtree Street N.E., Suite 400
Atlanta, Georgia 30361
Phone: (404) 581-8023

*/s/ Grant Edward Lavelle Schnell*
Grant Edward Lavelle Schnell
Florida Bar No. 108109
Email: gschnell@jonesday.com

</td></tr>
</table>

*Counsel for Plaintiff*

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 18, 2025, the foregoing was electronically filed with the Clerk of Court using CM/ECF along with having served all counsel of record via transmission of Electronic filing generated by CM/ECF.

/s/ *Eiman Sharmin*
Eiman Sharmin, Esq.
FBN: 716391
Email:eiman@sharminlaw.com

*Counsel for Plaintiff*

2