# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

**PAUL GUSTAFSON,**

    *Plaintiffs*,

**v.**                                                                                 **NO. 2:24-CV-00724-JES-KCD**

**CAPITAL ONE, N.A., ET AL.,**

    *Defendants*.

_____/

## JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

Plaintiff, PAUL GUSTAFSON, and Defendant, EQUIFAX INFORMATION SERVICES, LLC hereby respectfully notify the Court that the parties have agreed to a settlement in principle.  As part of the settlement each party will bear their respective attorney's fees and costs. The parties anticipate sixty (60) days to perform necessary terms and file appropriate dismissal papers thereafter.

Dated: July 21, 2025

**SHARMIN & SHARMIN, P.A.**
830 North Federal Highway
Lake Worth, FL 33460
Telephone: (561) 655-3925
Fax: (844) 921-1022

*/s/ Eiman Sharmin*
Eiman Sharmin, Esq.
FBN: 716391
Email: eiman@sharminlaw.com

*Counsel for Plaintiff*

**SEYFARTH SHAW, LLP**
233 South Wacker Drive, Ste. 8000
Chicago, IL 60606
Telephone: (312) 460-5000
Fax: (312) 460-7000

*/s/ Paige Vacante*
Paige Vacante, Esq.
Florida Bar No. 1019135
Email: pvacante@seyfarth.com

*Counsel for Defendant*

*Equifax Information Services, LLC*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on July 21, 2025, the foregoing was electronically filed with the Clerk of Court using CM/ECF along with having served all counsel of record via transmission of Electronic filing generated by CM/ECF.

/s/ Eiman Sharmin
Eiman Sharmin, Esq.
FBN: 716391
Email:eiman@sharminlaw.com

*Counsel for Plaintiff*

2