# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

PAUL GUSTAFSON,

    *Plaintiffs*,

v.                                              NO. 2:24-CV-00724-JES-KCD

CAPITAL ONE, N.A., ET AL.,

    *Defendants*.

_____/

## JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION, LLC

Plaintiff, PAUL GUSTAFSON, and Defendant, TRANS UNION, LLC hereby respectfully notify the Court that the parties have agreed to a settlement in principle.  As part of the settlement each party will bear their respective attorney's fees and costs. The parties anticipate sixty (60) days to perform necessary terms and file appropriate dismissal papers thereafter.

Dated: July 25, 2025

| | |
|---|---|
| **SHARMIN & SHARMIN, P.A.** | **BUCHANAN INGERSOLL** |
| 830 North Federal Highway | **& ROONEY PC** |
| Lake Worth, FL 33460 | 2 S. Biscayne Blvd., Ste. 1500 |
| Telephone: (561) 655-3925 | Miami, Florida 33131 |
| Fax: (844) 921-1022 | Telephone: (305) 347 5900 |
| | Facsimile: (305) 347 4089 |
| */s/ Eiman Sharmin* | |
| Eiman Sharmin, Esq. | */s/ Christian Kohlsaat* |
| FBN: 716391 | Christian Kohlsaat, Esq. |
| Email: eiman@sharminlaw.com | Fla. Bar No.: 117795 |
| | Email: christian.kohlsaat@bipc.com |
| *Counsel for Plaintiff* | |

*Counsel for Defendant*
*Trans Union, LLC*

---

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 25, 2025, the foregoing was electronically filed with the Clerk of Court using CM/ECF along with having served all counsel of record via transmission of Electronic filing generated by CM/ECF.

*/s/ Eiman Sharmin*
Eiman Sharmin, Esq.
FBN: 716391
Email:eiman@sharminlaw.com

*Counsel for Plaintiff*