# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

PAUL GUSTAFSON,

    *Plaintiffs*,

v.                                                  NO. 2:24-CV-00724-JES-KCD

CAPITAL ONE, N.A., ET AL.,

    *Defendants*.

_____/

## JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT SALLIE MAE BANK

Plaintiff, PAUL GUSTAFSON, and Defendant, SALLIE MAE BANK hereby respectfully notify the Court that the parties have agreed to a settlement in principle.  As part of the settlement each party will bear their respective attorney's fees and costs. The parties anticipate sixty (60) days to perform necessary terms and file appropriate dismissal papers thereafter.

Dated: August 21, 2025

| | |
|---|---|
| **SHARMIN & SHARMIN, P.A.** | **HINSHAW & CULBERTSON LLP** |
| 830 North Federal Highway | 2811 Ponce de Leon Blvd. Suite 1000 |
| Lake Worth, FL 33460 | 10th Floor |
| Telephone: (561) 655-3925 | Coral Gables, FL 33134 |
| Fax: (844) 921-1022 | Telephone: 305-358-7747 |
| | Facsimile:  305-577-1063 |
| */s/ Eiman Sharmin* | |
| Eiman Sharmin, Esq. | */s/ Barbara Fernandez* |
| FBN: 716391 | FBN: 0493767 |
| Email: eiman@sharminlaw.com | bfernandez@hinshawlaw.com |
| | |
| *Counsel for Plaintiff* | *Attorneys for Sallie Mae Bank* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 21, 2025, the foregoing was electronically filed with the Clerk of Court using CM/ECF along with having served all counsel of record via transmission of Electronic filing generated by CM/ECF.

*/s/ Eiman Sharmin*
Eiman Sharmin, Esq.
FBN: 716391
Email:eiman@sharminlaw.com

*Counsel for Plaintiff*

2