# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**PAUL GUSTAFSON,**

 *Plaintiffs*,

**v.**            **No. 2:24-cv-00724-JES-KCD**

**CAPITAL ONE, N.A., ET AL.,**

 *Defendants*.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff, Paul Gustafson, and Defendant, Equifax Information Services LLC ("Equifax") have resolved the claims between them. All Parties, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Dismissal with Prejudice. Plaintiff and Equifax shall each bear their own attorneys' fees and costs.

Dated: September 18, 2025

       *Respectfully submitted,*

| | |
|---|---|
| **SHARMIN & SHARMIN, P.A.** | **LIEBLER, GONZALEZ &** |
| 830 North Federal Highway | **PORTUONDO** |
| Lake Worth, FL 33460 | 44 West Flagler Street-25th Floor |
| Telephone: 561-655-3925 | Miami, Florida 33130 |
| Fax: 844-921-1022 | Telephone: (305) 379-0400 |
| | Facsimile: (305) 379-9626 |

*/s/ Eiman Sharmin*

Eiman Sharmin, Esq.
FBN: 716391
Email: eiman@sharminlaw.com
*Counsel for Plaintiff*

*/s/ Michael D. Starks*
MICHAEL D. STARKS
Florida Bar No. 86584
Email: MDS2@lgplaw.com

*Counsel for Defendant*
*Capital One, N.A.*

**JONES DAY**
600 Brickell Avenue
Suite 3300
Miami, FL 33131
Telephone: (305) 714-9700

*/s/ Victoria Ashley Kline*
Victoria Ashley Kline
Florida Bar No. 1049667
Email: vkline@jonesday.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

**SEYFARTH SHAW LLP**
233 S. Wacker Drive
Chicago, IL 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

*/s/ Paige Vacante*
Paige Vacante
Florida Bar No. 1019135
Email: pvacante@seyfarth.com

*Counsel for Defendant*
*Equifax Information Services LLC*

**BUCHANAN INGERSOLL &
ROONEY PC**
2 S. Biscayne Blvd., Ste. 1500
Miami, Florida 33131
Telephone: (305) 347 5900
Facsimile: (305) 347 4089

*/s/ Christian Kohlsaat*
Christian Kohlsaat, Esq.
Fla. Bar No.: 117795
Email: christian.kohlsaat@bipc.com

*Counsel for Defendant*
*Trans Union, LLC*

**HINSHAW & CULBERTSON LLP**
2811 Ponce de Leon Blvd.
Suite 1000, 10th Foor
Coral Gables, FL 33134
Telephone: 305-358-7747

*/s/Barbara Fernandez*
Barbara Fernandez, Esq.
Florida Bar No. 0493767
bfernandez@hinshawlaw.com

*Counsel for Defendant*
*Sallie Mae Bank*